

# NUMBER 13-17-00401-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS WINDSTORM INSURANCE
ASSOCIATION, BRUSH COUNTY
CLAIMS, LTD AND DAVID GUTIERREZ,                           Appellants,

v.

DAVID JAMES AND SUE JAMES,                                Appellees.

On appeal from the 60th District Court
of Jefferson County, Texas.

# ORDER OF ABATEMENT

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

Currently before the Court is (1) an appellants' brief filed by Texas Windstorm

Insurance Association, Brush Country Claims, Ltd., and David Gutierrez; (2) an appellees'

brief filed by David James and Sue James; and (3) a reply brief filed by appellants.  Both

appellants and appellees have requested oral argument. The Court notes that appellants' brief was filed before *USAA Texas Lloyds Company v. Menchaca*, 545 S.W.3d 479 (Tex. 2018) was issued. In light of the fact that briefs were filed before the final iteration of *Menchaca* was issued, the Court invites supplemental briefing on what effect, if any, *Menchaca* and its progeny, if any, have on the disposition of this appeal. Appellants' and Appellees' initial supplemental briefs shall not exceed 4,500 words and appellants' supplemental reply brief shall not exceed 2,400. The supplemental briefing calendar shall commence on today's date and be governed by rule 38.6 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.6. The parties request for oral argument is CARRIED WITH THE CASE. This case is ABATED pending completion of the supplemental briefing at which time the case will be reinstated.

It is so ORDERED.

PER CURIAM

Delivered and filed the
18th day of July, 2018.